IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00934-MSK-MJW

ABDIKARIM APTIDON,

Plaintiff(s),

v.

PENTAGROUP FINANCIAL, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Vacate and Reset Scheduling Conference, DN 10, filed with the court on June 17, 2009, is GRANTED. The Scheduling Conference set on June 23, 2009, at 9:00 a.m., is VACATED and RESET on July 7, 2009, at 10:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The Scheduling Order shall be submitted to the court five (5) business days prior to the new Scheduling Conference date.

Date:   June 19, 2009